UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:23-cv-00148-SVW-KK | Date | March 16, 2023 |
|---|---|---|---|
| Title | Humberto Bello et al v. Specialized Loan Servicing, LLC et al | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|

| Paul M. Cruz | N/A | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER DISMISSING ACTION

On March 2, 2023, the Court issued an order granting a defendant's Motion to Dismiss [9], without prejudice.

A reasonable time has passed and there being no further activity by plaintiff, the Court orders the case closed.

                                                                                                                                    :

                                                                                     Initials of Preparer            PMC